UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISEO MORALEZ-BUSTON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No.  1:26-cv-02592-DAD-SCR (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. No. 10) |

Petitioner Eliseo Moralez-Bustos is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 17, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 10.)  Specifically, the magistrate judge found that petitioner is not subject to detention pursuant to 8 U.S.C. § 1225(b) and is accordingly entitled to release.  (*Id.* at 2.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 3.)  On April 18, 2026, respondent filed its objections to the pending findings and recommendations.  (Doc. No. 11.)  Respondent's objections are primarily comprised of a single sentence stating that they object

1

/////

for the same reasons provided in their "previously-filed briefs." (*Id.* at 1.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above.

1. The findings and recommendations filed on April 17, 2026 (Doc. No. 10) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a. Respondent is ORDERED to immediately release petitioner Eliseo Moralez-Buston, A-File No. 079-002-805, from respondent's custody;

    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner unless it provides petitioner with notice and a pre-detention hearing before an immigration judge, with the burden at that hearing being set in accordance with 8 U.S.C. § 1226(a);

3. The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility; and

4. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated: __**April 23, 2026**__      _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2